| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 9/8/2022 |
| ANA CHALAS, *Individually and On Behalf of All Others Similarly Situated*,<br><br>                              Plaintiff,<br><br>-against-<br><br>AIRHAWK INTERNATIONAL, LLC,<br><br>                              Defendant. | 22-cv-4195-MKV<br><br>ORDER OF DISMISSAL |

**MARY KAY VYSKOCIL**, United States District Judge:

The Court is in receipt of a letter from the plaintiff stating that the parties have reached a settlement in principle [ECF No. 10]. Accordingly, IT IS HEREBY ORDERED that the above-captioned case is discontinued without costs to any party and without prejudice to restoring the case to this Court's calendar if the application to restore is made by October 10, 2022. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines are adjourned *sine die*.

The parties are on notice that the Court will not reopen this case merely because the plaintiff has not yet "received the consideration required" under the terms of the settlement agreement [ECF No. 10]. In any request to restore the case to the Court's calendar, the parties must specify that they have not signed a settlement agreement.

**SO ORDERED.**

Date: **September 8, 2022**
      **New York, NY**

                                                                   *Mary Kay Vyskocil*
                                                                   **MARY KAY VYSKOCIL**
                                                                   **United States District Judge**